UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| COCA L. EDWARDS, JR., Plaintiff | CIVIL ACTION NO. 1:18-CV-645-P |
| VERSUS | JUDGE DEE D. DRELL |
| STATE OF LOUISIANA, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court are two motions (Docs. 10, 11) filed by pro se Plaintiff Coca L. Edwards ("Edwards"), a pretrial detainee at the Jackson Parish Correctional Center ("JPCC") in Jonesboro, Louisiana. In his complaint, Edwards alleges that he was wrongfully arrested in Winn Parish, and was subjected to excessive force after he was transferred to JPCC. (Doc. 1, p. 4).

Edwards filed a motion for protection under Louisiana law to ensure that he is allowed to represent himself in his criminal proceeding in state court. Edwards also seeks protection because the state court judge has allegedly denied motions, ignored affidavits, and ignored notices. (Doc. 10-1, p. 2). To the extent Edwards challenges his pending state court procedural rulings and his request for self-representation, Edwards must seek relief in the state court. Therefore, Edwards's motion (Doc. 10) is hereby DENIED.

Next, Edwards seeks a "writ of injunction" asking that the venue of his criminal case be changed from the 8th Judicial District Court to this Court. (Doc. 11). Although a criminal prosecution may be removed in certain circumstances, Edwards

has not presented any facts that would authorize the removal of his criminal prosecution to federal court.  See 28 U.S.C. § 1442 (providing for removal of criminal actions against federal law enforcement officers or officials for acts taken in their official duties), 28 U.S.C. § 1442a (providing for removal of prosecutions of members of the armed forces), and 28 U.S.C. § 1443(2) (providing for removal of prosecutions of officials enforcing civil rights statutes).  Therefore, Edwards's motion (Doc. 11) is hereby DENIED.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this __2nd__ day of August, 2018.

Joseph H.L. Perez-Montes
United States Magistrate Judge