RECEIVED
AUG 20 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| COCA L. EDWARDS, JR., Plaintiff | CIVIL ACTION NO. 1:18-CV-645-P |
| VERSUS | JUDGE DEE D. DRELL |
| STATE OF LOUISIANA, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Edwards's claim for monetary damages for false arrest is hereby **STAYED**, pending the outcome of his criminal proceedings, in accordance with the following conditions:

a. Within thirty (30) days of the date the state court criminal proceeding has concluded, Edwards **SHALL FILE** a motion asking this Court to lift the stay as to the false arrest claim. The action will proceed at that time, absent some other bar to suit. See Wallace v. Kato, 549 U.S. 384 (2007).

b. If the criminal proceeding is not concluded within six (6) months, Edwards **SHALL FILE**, on or before January 30, 2018, a status report indicating the expected completion date of the proceeding. Additional status reports shall be filed every six (6) months thereafter until the stay is lifted.

In light of the stay, Edwards **SHALL NOT** file any more documents related to his claims until the state court proceedings have concluded.

To the extent Edwards seeks the dismissal of his criminal charges, or a release from custody, his claim is **DENIED** and **DISMISSED** with prejudice as such relief is not available in a § 1983 action.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 20th day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE