UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| COCA L. EDWARDS, JR., Plaintiff | CIVIL ACTION NO. 1:18-CV-645-P |
| VERSUS | JUDGE DEE D. DRELL |
| STATE OF LOUISIANA, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 23), and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Complaint and Amended Complaint (Docs. 1, 6) are DENIED and DISMISSED WITH PREJUDICE under §§ 1915(e)(2)(b) and 1915A, with the claims barred by Heck v. Humphrey, 512 U.S. 477 (1994), being dismissed with prejudice to being asserted again until the Heck conditions have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE